*KAPLAN, S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULA KRITZMAN, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiff,

      -against-

AMERICAN EXPRESS RETIREMENT PLAN,
AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS COMPANY
EMPLOYEE BENEFITS ADMINISTRATION
COMMITTEE, JOHN DOES 1-100,

        Defendants.

06 CV 0233 (LAK)

**ELECTRONICALLY FILED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 2/6/06

## STIPULATION AND ORDER FOR EXTENSION OF TIME
## TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

        IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED that the time

for defendants to answer, move or otherwise respond to the Complaint of the plaintiff Paula

Kritzman is extended for a period of 40 days until March 15, 2006. This is the first application

seeking an extension of time.

LAW OFFICES OF
CURTIS V. TRINKO, LLP

By: _____
    Curtis V. Trinko (CT-1838)
    16 West 46th Street
    Seventh Floor
    New York, New York 10036

Dated: New York, New York.
      February 3, 2006

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Christopher A. Parlo (CP-4310)
    101 Park Avenue
    New York, New York 10178
    212.309.6000

Dated: New York, New York.
      February 3, 2006

SCHIFFRIN & BARROWAY, LLP
Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania 19087
610.667.7706

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
Michael L. Banks
Jeremy P. Blumenfeld
1701 Market Street
Philadelphia, Pennsylvania 19103
215.963.5000

*Attorneys for Defendants*
*American Express Retirement Plan,*
*American Express Company,*
*American Express Company Employee Benefits*
*Administration Committee*

SO ORDERED:

_____
Hon. Lewis A. Kaplan, U.S.D.J.

1/6/06

-2-