LAW OFFICES OF
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 309-6000
FAX: (212) 309-6273

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **PAULA KRITZMAN,** | |
| Plaintiff, | |
| v. | 06 CV 0233 (LAK) |
| **AMERICAN EXPRESS RETIREMENT PLAN, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS COMPANY EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE, JOHN DOES 1-100** | *ELECTRONICALLY FILED* |
| Defendants. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as counsel in the above-captioned action for and on behalf of American Express Retirement Plan, American Express Company, and American Express Company Employee Benefits

Administration Committee ("Defendants"), and requests that service of all papers herein be made upon the undersigned at the address set forth below.

Dated: March 14, 2006
      New York, New York

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s  Christopher A. Parlo
      Christopher A. Parlo (CP-4310)

cparlo@morganlewis.com
101 Park Avenue
New York, New York 10178
(212) 309-6000

OF COUNSEL

Michael L. Banks
Jeremy P. Blumenfeld*
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
Tel.  (215) 963-5000
Fax:  (215) 963-5001

*Attorneys for Defendants*

\* *Pro Hac Vice* admission pending.