LAW OFFICES OF
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 309-6000
FAX: (212) 309-6273

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAULA KRITZMAN, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS RETIREMENT PLAN, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS COMPANY EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE, JOHN DOES 1-100 <br><br> Defendants. | 06 CV 0233 (LAK) <br><br> *ELECTRONICALLY FILED* |

**DEFENDANTS' NOTICE OF MOTION AND**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law, Defendants American Express Retirement Plan, American Express Company, and American Express Company Employee Benefits Administration Committee ("Defendants") will move this Court before the Honorable Lewis A. Kaplan, United States District Court Judge, on a date and at a time to be designated by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting Defendant's Motion to Dismiss Plaintiff's Complaint.

**MOTION**

Plaintiff Paula Kritzman has filed an action alleging claims under the Employment Retirement Income Security Act of 1974, as amended. For the reasons set forth in Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss filed herewith, Defendants hereby move to dismiss certain Counts of the Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: March 14, 2006
      New York, New York

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s  Christopher A. Parlo
     Christopher A. Parlo (CP-4310)

cparlo@morganlewis.com
101 Park Avenue
New York, New York 10178
(212) 309-6000

OF COUNSEL

Michael L. Banks
Jeremy P. Blumenfeld*
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
Tel.  (215) 963-5000
Fax:  (215) 963-5001

*Attorneys for Defendants*

* *Pro Hac Vice* admission pending.