MEMO ENDORSED

Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000
Attorneys for Defendants American Express Retirement Plan,
American Express Company, American Express Company
Employee Benefits Administration Committee



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/06

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
Paula Kritzman, Individually and on behalf
of all others similarly situated,

      Plaintiff,

   v.

AMERICAN EXPRESS RETIREMENT
PLAN, AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS COMPANY EMPLOYEE
BENEFITS ADMINISTRATION COMMITTEE,
JOHN DOES 1-100,

      Defendants.
-------------------------------------------------------------x

SCANNED

Civil Action No. 06-CV-0233 (LAK)

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

  PLEASE TAKE NOTICE that upon the annexed Affidavit of Jeremy P. Blumenfeld in support of this Motion and the Certificates of Good Standing annexed thereto, we will move this Court at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an Order allowing the admission of Jeremy P. Blumenfeld, an associate of the firm of MORGAN, LEWIS & BOCKIUS LLP and a member in good standing of the Bar in the states of New Jersey, Pennsylvania and Ohio, as attorney *pro hac vice* to argue or try these proceedings in whole or in part.

SO ORDERED
/s/ Kaplan 3/16/06

1-NY/2010310.1