UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Paula Kritzman, Individually and on behalf : Civil Action No. 06-00233 (LAK)
of all others similarly situated, :
:
:
Plaintiff, :
:
v. : NOTICE OF MOTION TO ADMIT
: COUNSEL MARK K. GYANDOH
AMERICAN EXPRESS RETIREMENT : **PRO HAC VICE**
PLAN, AMERICAN EXPRESS COMPANY, :
AMERICAN EXPRESS COMPANY :
EMPLOYEE BENEFITS ADMINISTRATION :
COMMITTEE, JOHN DOES 1-100 :
:
Defendants. :
------------------------------------------------------------x

To: All Counsel

    PLEASE TAKE NOTICE that upon the annexed affirmations of Curtis V. Trinko and Mark K. Gyandoh in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Lewis A. Kaplan at the United State Courthouse of the Southern District of New York, pursuant to Rule 1.3( c ) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, an associate of the law firm of Schiffrin & Barroway, LLP and a member in good standing of the Bar of the State of Pennsylvania, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

Dated: May 1, 2006

                                                  Respectfully submitted,

                                                  LAW OFFICES OF CURTIS V. TRINKO, LLP

                                                  By: _____
                                                      Curtis V. Trinko (CT-1838)
                                               16 West 46th Street, 7th Floor
                                               New York, new York 10036
                                               Tel: (212) 490-9550
                                               Fax: (212) 986-0158
                                               Email: ctrinko@trinko.com

## CERTIFICATE OF SERVICE

I, Curtis V. Trinko, hereby certify that true and correct copies of the Notice of Motion for Admission Pro Hac Vice of Mark K. Gyandoh in the above-captioned matter; Affirmation of Curtis V. Trinko in support of the Motion for the Admission Pro Hac Vice of Mark K. Gyandoh ; Affirmation of Mark K. Gyandoh in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Mark K. Gyandoh; Notice of Motion for Admission Pro Hac Vice of Edward W. Ciolko in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Edward W. Ciolko; Affirmation of Edward W. Ciolko in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Edward W. Ciolko; Notice of Motion for Admission Pro Hac Vice of Joseph H. Meltzer in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Joseph H. Meltzer; Affirmation of Joseph H. Meltzer in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Joseph H. Meltzer were served on the following attorneys by means of postage prepaid, first class mail delivery through the U.S. Mails on this date:

PLEASE SEE ATTACHED SERVICE LIST

Dated: May 1, 2006
      New York, New York

_____
Curtis V. Trinko

## SERVICE LIST IN KRITZMAN VS.
## AMERICAN EXPRESS RETIREMENT PLAN ET AL.

Jeremy P. Blumenfeld, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-5258
Fax: (215) 963-5001

Christopher A. Parlo, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6273

**ATTORNEYS FOR DEFENDANTS**

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road\
Radnor, Pennsylvainia 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Paula Kritzman, Individually and on behalf : Civil Action No. 06-CV-00233 (LAK)
of all others similarly situated, :
:
:
Plaintiff, :
:
v. : **AFFIRMATION OF CURTIS.**
: **V. TRINKO IN SUPPORT OF**
AMERICAN EXPRESS RETIREMENT : **THE MOTION OF MARK K. GYANDOH**
PLAN, AMERICAN EXPRESS COMPANY, : **ADMISSION FOR PRO HAC VICE**
AMERICAN EXPRESS COMPANY :
EMPLOYEE BENEFITS ADMINISTRATION :
COMMITTEE, JOHN DOES 1-100 :
:
Defendants. :
------------------------------------------------------------x

    CURTIS V. TRINKO, an attorney duly admitted to practice in the Courts of this State, including the Southern District of New York, declares as follows:

    1.    I am the principal attorney for the Law Offices of Curtis V. Trinko, LLP, counsel for the plaintiff in the above-captioned matter.

    2.    I am fully familiar with all facts and circumstances stated herein.

    3.    I submit this affirmation, together with the attached affirmation of Mark K. Gyandoh and proposed order, in support of plaintiffs' motion for an order admitting Mark K. Gyandoh pro hac vice pursuant to the Individual Rules and Procedures of this Court and Rule 1.3 ( c ) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

    4.    Mr. Gyandoh, an attorney , is a member in good standing of the Bars of the States of Pennsylvania and New Jersey, and is associated with the law firm Schiffrin & Barroway., LLP, which is also counsel for plaintiff in this matter. As such, Mr. Gyandoh and Schiffrin & Barroway, LLP are associated in this matter with me and my firm as co-counsel, and Mr. Gyandoh is fully familiar with the facts and circumstances related to this litigation.

Dated: New York, New York
       May __/__, 2006

                                                        _____
                                                          CURTIS V. TRINKO

## CERTIFICATE OF SERVICE

I, Curtis V. Trinko, hereby certify that true and correct copies of the Notice of Motion for Admission Pro Hac Vice of Mark K. Gyandoh in the above-captioned matter; Affirmation of Curtis V. Trinko in support of the Motion for the Admission Pro Hac Vice of Mark K. Gyandoh ; Affirmation of Mark K. Gyandoh in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Mark K. Gyandoh; Notice of Motion for Admission Pro Hac Vice of Edward W. Ciolko in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Edward W. Ciolko; Affirmation of Edward W. Ciolko in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Edward W. Ciolko; Notice of Motion for Admission Pro Hac Vice of Joseph H. Meltzer in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Joseph H. Meltzer; Affirmation of Joseph H. Meltzer in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Joseph H. Meltzer were served on the following attorneys by means of postage prepaid, first class mail delivery through the U.S. Mails on this date:

PLEASE SEE ATTACHED SERVICE LIST

Dated: May 1, 2006
      New York, New York

                                                                  _____
                                                                  Curtis V. Trinko

## SERVICE LIST IN KRITZMAN VS.
## AMERICAN EXPRESS RETIREMENT PLAN ET AL.

Jeremy P. Blumenfeld, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-5258
Fax: (215) 963-5001

Christopher A. Parlo, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6273

**ATTORNEYS FOR DEFENDANTS**

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road\
Radnor, Pennsylvainia 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Paula Kritzman, Individually and on behalf : 
of all others similarly situated, :
                                          :
                       Plaintiff, :
                                          :
                         v. :   Civil Action No. 06-CV-0233
                                          :
AMERICAN EXPRESS RETIREMENT :
PLAN, AMERICAN EXPRESS COMPANY, :
AMERICAN EXPRESS COMPANY EMPLOYEE :
BENEFITS ADMINISTRATION COMMITTEE, :
JOHN DOES 1-100, :
                                          :
                     Defendants. :
                                          :

---

### AFFIDAVIT OF MARK K. GYANDOH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**MARK K. GYANDOH,** being duly sworn, herby deposes and says as follows:

1.     I am an associate with the law firm of Schiffrin & Barroway, LLP.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned proceedings.

3.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Pennsylvania as well as the State of New Jersey.

4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

5.     Wherefore, your affiant respectfully submits that he be permitted to appear as Counsel and advocate *pro hac vice* in these proceedings.

1

Dated: April 18, 2006

Respectfully submitted,

_____
Mark G. Gyandoh



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Mark K. Gyandoh, Esq.*

**DATE OF ADMISSION**

*March 15, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated: April 19, 2006**

Irene M. Bizzoso
Deputy Prothonotary

## CERTIFICATE OF SERVICE

I, Curtis V. Trinko, hereby certify that true and correct copies of the Notice of Motion for Admission Pro Hac Vice of Mark K. Gyandoh in the above-captioned matter; Affirmation of Curtis V. Trinko in support of the Motion for the Admission Pro Hac Vice of Mark K. Gyandoh ; Affirmation of Mark K. Gyandoh in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Mark K. Gyandoh; Notice of Motion for Admission Pro Hac Vice of Edward W. Ciolko in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Edward W. Ciolko; Affirmation of Edward W. Ciolko in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Edward W. Ciolko; Notice of Motion for Admission Pro Hac Vice of Joseph H. Meltzer in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Joseph H. Meltzer; Affirmation of Joseph H. Meltzer in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Joseph H. Meltzer were served on the following attorneys by means of postage prepaid, first class mail delivery through the U.S. Mails on this date:

PLEASE SEE ATTACHED SERVICE LIST

Dated: May 1, 2006
       New York, New York

_____
Curtis V. Trinko

## SERVICE LIST IN KRITZMAN VS. AMERICAN EXPRESS RETIREMENT PLAN ET AL.

Jeremy P. Blumenfeld, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-5258
Fax: (215) 963-5001

Christopher A. Parlo, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6273

**ATTORNEYS FOR DEFENDANTS**

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road\
Radnor, Pennsylvainia 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Curtis V. Trinko, hereby certify that true and correct copies of the Notice of Motion for Admission Pro Hac Vice of Mark K. Gyandoh in the above-captioned matter; Affirmation of Curtis V. Trinko in support of the Motion for the Admission Pro Hac Vice of Mark K. Gyandoh ; Affirmation of Mark K. Gyandoh in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Mark K. Gyandoh; Notice of Motion for Admission Pro Hac Vice of Edward W. Ciolko in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Edward W. Ciolko; Affirmation of Edward W. Ciolko in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Edward W. Ciolko; Notice of Motion for Admission Pro Hac Vice of Joseph H. Meltzer in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Joseph H. Meltzer; Affirmation of Joseph H. Meltzer in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Joseph H. Meltzer were served on the following attorneys by means of postage prepaid, first class mail delivery through the U.S. Mails on this date:

PLEASE SEE ATTACHED SERVICE LIST

Dated: May 1, 2006
    New York, New York

_____
Curtis V. Trinko

## SERVICE LIST IN KRITZMAN VS. AMERICAN EXPRESS RETIREMENT PLAN ET AL.

Jeremy P. Blumenfeld, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-5258
Fax: (215) 963-5001

Christopher A. Parlo, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6273

**ATTORNEYS FOR DEFENDANTS**

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road\
Radnor, Pennsylvainia 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Paula Kritzman, Individually and on behalf  :
of all others similarly situated,           :
                                            :
                                            :
                   Plaintiff,               :
                                            :
        v.                                  :   Civil Action No. 06-CV-00233 (LAK)
                                            :
AMERICAN EXPRESS RETIREMENT                 :
PLAN, AMERICAN EXPRESS COMPANY,             :
AMERICAN EXPRESS COMPANY                    :
EMPLOYEE BENEFITS ADMINISTRATION            :
COMMITTEE, JOHN DOES 1-100                  :
                                            :
                   Defendants.              :
------------------------------------------------------------x

## (PROPOSED) ORDER
## ADMITTING COUNSEL *PRO HAC VICE*

The motion for admission to practice pro hac vice in the above-captioned matter is granted pursuant to this Court's authority set forth in the Court's Individual Practices and under Local Rule 1.3( c ) of the Local Rules of the Southern and Eastern District of New York. The admitted attorney, Mark K. Gyandoh, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $ 25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying my mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above-listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

                                                    **BY THE COURT:**

                                                    _____
                                                    **LEWIS A. KAPLAN, U.S.D.J.**