UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
Paula Kritzman, Individually and on behalf : Civil Action No. 06-00233 (LAK)
of all others similarly situated, :
:
:
:
             Plaintiff, :
:
v. : **NOTICE OF MOTION TO ADMIT**
: **COUNSEL EDWARD W. CIOLKO**
AMERICAN EXPRESS RETIREMENT : **PRO HAC VICE**
PLAN, AMERICAN EXPRESS COMPANY, :
AMERICAN EXPRESS COMPANY :
EMPLOYEE BENEFITS ADMINISTRATION :
COMMITTEE, JOHN DOES 1-100 :
:
             Defendants. :
----------------------------------------------------------x

To: All Counsel

PLEASE TAKE NOTICE that upon the annexed affirmations of Curtis V. Trinko and Edward W. Ciolko in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Lewis A. Kaplan at the United State Courthouse of the Southern District of New York, pursuant to Rule 1.3( c ) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, an associate of the law firm of Schiffrin & Barroway, LLP and a member in good standing of the Bar of the State of New Jersey, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

Dated: May  /  , 2006

                                                            Respectfully submitted,

                                                            LAW OFFICES OF CURTIS V. TRINKO, LLP

                                                            By: _____
                                                                 Curtis V. Trinko (CT-1838)
                                                            16 West 46th Street, 7th Floor
                                                            New York, new York 10036
                                                            Tel: (212) 490-9550
                                                            Fax: (212) 986-0158
                                                            Email: ctrinko@trinko.com

# CERTIFICATE OF SERVICE

I, Curtis V. Trinko, hereby certify that true and correct copies of the Notice of Motion for Admission Pro Hac Vice of Mark K. Gyandoh in the above-captioned matter; Affirmation of Curtis V. Trinko in support of the Motion for the Admission Pro Hac Vice of Mark K. Gyandoh ; Affirmation of Mark K. Gyandoh in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Mark K. Gyandoh; Notice of Motion for Admission Pro Hac Vice of Edward W. Ciolko in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Edward W. Ciolko; Affirmation of Edward W. Ciolko in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Edward W. Ciolko; Notice of Motion for Admission Pro Hac Vice of Joseph H. Meltzer in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Joseph H. Meltzer; Affirmation of Joseph H. Meltzer in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Joseph H. Meltzer were served on the following attorneys by means of postage prepaid, first class mail delivery through the U.S. Mails on this date:

PLEASE SEE ATTACHED SERVICE LIST

Dated: May 1, 2006
New York, New York

_____
Curtis V. Trinko

## SERVICE LIST IN KRITZMAN VS. AMERICAN EXPRESS RETIREMENT PLAN ET AL.

Jeremy P. Blumenfeld, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-5258
Fax: (215) 963-5001

Christopher A. Parlo, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6273

**ATTORNEYS FOR DEFENDANTS**

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road\
Radnor, Pennsylvainia 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Paula Kritzman, Individually and on behalf : Civil Action No. 06-CV-00233 (LAK)
 of all others similarly situated, :
 :
 :
 :
         Plaintiff, :
 :
     v. : **AFFIRMATION OF CURTIS.**
 : **V. TRINKO IN SUPPORT OF**
AMERICAN EXPRESS RETIREMENT : **THE MOTION OF EDWARD W. CIOLKO**
PLAN, AMERICAN EXPRESS COMPANY, : **PRO HAC VICE FOR ADMISSION**
AMERICAN EXPRESS COMPANY :
EMPLOYEE BENEFITS ADMINISTRATION :
COMMITTEE, JOHN DOES 1-100 :
 :
         Defendants. :
------------------------------------------------------------x

    CURTIS V. TRINKO, an attorney duly admitted to practice in the Courts of this State, including the Southern District of New York, declares as follows:

    1.    I am the principal attorney for the Law Offices of Curtis V. Trinko, LLP, counsel for the plaintiff in the above-captioned matter.

    2.    I am fully familiar with all facts and circumstances stated herein.

    3.    I submit this affirmation, together with the attached affirmation of Edward W. Ciolko and proposed order, in support of plaintiffs' motion for an order admitting Edward W. Ciolko pro hac vice pursuant to the Individual Rules and Procedures of this Court and Rule 1.3 ( c ) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

    4.    Mr. Ciolko, an attorney, is a member in good standing of the Bar of the State of New Jersey, and is associated with the law firm of Schiffrin & Barroway, LLP, which is also counsel for plaintiff in this matter. As such, Mr. Ciolko and Schiffrin & Barroway, LLP are associated in this matter with me and my firm as co-counsel, and Mr. Ciolko is fully familiar with the facts and circumstances related to this litigation.

Dated: New York, New York
       May __/__, 2006

                                                      _____
                                                      CURTIS V. TRINKO

## CERTIFICATE OF SERVICE

I, Curtis V. Trinko, hereby certify that true and correct copies of the Notice of Motion for Admission Pro Hac Vice of Mark K. Gyandoh in the above-captioned matter; Affirmation of Curtis V. Trinko in support of the Motion for the Admission Pro Hac Vice of Mark K. Gyandoh; Affirmation of Mark K. Gyandoh in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Mark K. Gyandoh; Notice of Motion for Admission Pro Hac Vice of Edward W. Ciolko in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Edward W. Ciolko; Affirmation of Edward W. Ciolko in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Edward W. Ciolko; Notice of Motion for Admission Pro Hac Vice of Joseph H. Meltzer in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Joseph H. Meltzer; Affirmation of Joseph H. Meltzer in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Joseph H. Meltzer were served on the following attorneys by means of postage prepaid, first class mail delivery through the U.S. Mails on this date:

PLEASE SEE ATTACHED SERVICE LIST

Dated: May 1, 2006
New York, New York

_____
Curtis V. Trinko

## SERVICE LIST IN KRITZMAN VS. AMERICAN EXPRESS RETIREMENT PLAN ET AL.

Jeremy P. Blumenfeld, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-5258
Fax: (215) 963-5001

Christopher A. Parlo, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6273

**ATTORNEYS FOR DEFENDANTS**

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road\
Radnor, Pennsylvainia 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Paula Kritzman, Individually and on behalf of all others similarly situated,  :<br><br>                               Plaintiff,  :<br><br>           v.                              :<br><br>AMERICAN EXPRESS RETIREMENT PLAN, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS COMPANY EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE, JOHN DOES 1-100,  :<br><br>                               Defendants.  : | Civil Action No. 06-CV-0233 |

---

### AFFIDAVIT OF EDWARD W. CIOLKO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**EDWARD W. CIOLKO,** being duly sworn, herby deposes and says as follows:

1.  I am an associate with the law firm of Schiffrin & Barroway, LLP.

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned proceedings.

3.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of New Jersey. I am also a member in good standing of the bar in theUnited States District Court for the District of New Jersey and the United States Court of Appeals for the 9th Circuit.

4.  There are no pending disciplinary proceedings against me in any State or Federal Court.

1

5.  Wherefore, your affiant respectfully submits that he be permitted to appear as Counsel and advocate *pro hac vice* in these proceedings.

Dated: April 21, 2006

Respectfully submitted,

_____
Edward W. Ciolko

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **EDWARD W CIOLKO** (No. **005462002**) was constituted and appointed an Attorney at Law of New Jersey on **September 13, 2002** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **26TH** day of **April**, 20 **06**

*Clerk of the Supreme Court*

-453a-

## CERTIFICATE OF SERVICE

I, Curtis V. Trinko, hereby certify that true and correct copies of the Notice of Motion for Admission Pro Hac Vice of Mark K. Gyandoh in the above-captioned matter; Affirmation of Curtis V. Trinko in support of the Motion for the Admission Pro Hac Vice of Mark K. Gyandoh ; Affirmation of Mark K. Gyandoh in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Mark K. Gyandoh; Notice of Motion for Admission Pro Hac Vice of Edward W. Ciolko in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Edward W. Ciolko; Affirmation of Edward W. Ciolko in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Edward W. Ciolko; Notice of Motion for Admission Pro Hac Vice of Joseph H. Meltzer in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Joseph H. Meltzer; Affirmation of Joseph H. Meltzer in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Joseph H. Meltzer were served on the following attorneys by means of postage prepaid, first class mail delivery through the U.S. Mails on this date:

PLEASE SEE ATTACHED SERVICE LIST

Dated: May 1, 2006
   New York, New York

_____
Curtis V. Trinko

## SERVICE LIST IN KRITZMAN VS.
## AMERICAN EXPRESS RETIREMENT PLAN ET AL.

Jeremy P. Blumenfeld, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-5258
Fax: (215) 963-5001

Christopher A. Parlo, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6273

**ATTORNEYS FOR DEFENDANTS**

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road\
Radnor, Pennsylvainia 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
Paula Kritzman, Individually and on behalf    :
of all others similarly situated,             :
                                              :
                                              :
                Plaintiff,                    :
                                              :
        v.                                    :   Civil Action No. 06-CV-00233 (LAK)
                                              :
AMERICAN EXPRESS RETIREMENT                   :
PLAN, AMERICAN EXPRESS COMPANY,               :
AMERICAN EXPRESS COMPANY                      :
EMPLOYEE BENEFITS ADMINISTRATION              :
COMMITTEE, JOHN DOES 1-100                    :
                                              :
                Defendants.                   :
-----------------------------------------------------------x
```

## (PROPOSED) ORDER
### ADMITTING COUNSEL *PRO HAC VICE*

The motion for admission to practice pro hac vice in the above-captioned matter is granted pursuant to this Court's authority set forth in the Court's Individual Practices and under Local Rule 1.3( c ) of the Local Rules of the Southern and Eastern District of New York. The admitted attorney, Edward W. Ciolko, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $ 25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying my mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above-listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

BY THE COURT:

_____
**LEWIS A. KAPLAN, U.S.D.J.**

# CERTIFICATE OF SERVICE

I, Curtis V. Trinko, hereby certify that true and correct copies of the Notice of Motion for Admission Pro Hac Vice of Mark K. Gyandoh in the above-captioned matter; Affirmation of Curtis V. Trinko in support of the Motion for the Admission Pro Hac Vice of Mark K. Gyandoh; Affirmation of Mark K. Gyandoh in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Mark K. Gyandoh; Notice of Motion for Admission Pro Hac Vice of Edward W. Ciolko in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Edward W. Ciolko; Affirmation of Edward W. Ciolko in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Edward W. Ciolko; Notice of Motion for Admission Pro Hac Vice of Joseph H. Meltzer in the above-captioned matter; Affirmation of Curtis V. Trinko in Support of the Motion for the Admission Pro Hac Vice of Joseph H. Meltzer; Affirmation of Joseph H. Meltzer in Support of the Motion to Admit Counsel Pro Hac Vice; [Proposed] Order Granting Motion for Admission Pro Hac Vice of Joseph H. Meltzer were served on the following attorneys by means of postage prepaid, first class mail delivery through the U.S. Mails on this date:

PLEASE SEE ATTACHED SERVICE LIST

Dated: May 1, 2006
   New York, New York

_____
Curtis V. Trinko

## SERVICE LIST IN KRITZMAN VS. AMERICAN EXPRESS RETIREMENT PLAN ET AL.

Jeremy P. Blumenfeld, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-5258
Fax: (215) 963-5001

Christopher A. Parlo, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6273

**ATTORNEYS FOR DEFENDANTS**

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road\
Radnor, Pennsylvainia 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

**ATTORNEYS FOR PLAINTIFFS**