LAW OFFICES OF
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 309-6000
FAX:  (212) 309-6273

ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA KRITZMAN,      : | |
|      : | |
|        **Plaintiff,**    : | |
|      : | **06 CV 0233 (LAK)** |
|        **v.**      : | |
|      : | |
| **AMERICAN EXPRESS RETIREMENT**   : | |
| **PLAN, AMERICAN EXPRESS**    : | |
| **COMPANY, AMERICAN EXPRESS**    : | |
| **COMPANY EMPLOYEE BENEFITS**    : | |
| **ADMINISTRATION COMMITTEE,**    : | ***ELECTRONICALLY FILED*** |
| **JOHN DOES 1-100**    : | |
|      : | |
|        **Defendants.**    : | |
|      : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as

counsel in the above-captioned action for and on behalf of American Express Retirement Plan,

American Express Company, and American Express Company Employee Benefits

Administration Committee ("Defendants"), and requests that service of all papers herein be made

upon the undersigned at the address set forth below.

Dated: May 4, 2006
       New York, New York                Respectfully submitted,

                                       MORGAN, LEWIS & BOCKIUS LLP

                                       By: /s  Tamara Garnes Mata
                                            Tamara Garnes Mata (TM-8051)

                                       tmata@morganlewis.com
                                       101 Park Avenue
                                       New York, New York 10178
                                       (212) 309-6000

                                       OF COUNSEL

                                       Michael L. Banks
                                       Jeremy P. Blumenfeld (*Pro Hac Vice)*
                                       Morgan, Lewis & Bockius LLP
                                       1701 Market Street
                                     Philadelphia, Pennsylvania  19103-2921
                                     Tel.  (215) 963-5000
                                     Fax:  (215) 963-5001

                                     *Attorneys for Defendants*