**MEMO ENDORSED**

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
Paula Kritzman, Individually and on behalf : Civil Action No. 06-00233 (LAK)
of all others similarly situated, :
:
:
Plaintiff, :
:
v. : **NOTICE OF MOTION TO ADMIT**
: **COUNSEL JOSEPH H. MELTZER**
AMERICAN EXPRESS RETIREMENT : **PRO HAC VICE**
PLAN, AMERICAN EXPRESS COMPANY, :
AMERICAN EXPRESS COMPANY :
EMPLOYEE BENEFITS ADMINISTRATION :
COMMITTEE, JOHN DOES 1-100 :
:
Defendants. :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/06

To: All Counsel

   PLEASE TAKE NOTICE that upon the annexed affirmations of Curtis V. Trinko and Joseph H. Meltzer in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Lewis A. Kaplan at the United State Courthouse of the Southern District of New York, pursuant to Rule 1.3( c ) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a partner of the law firm of Schiffrin & Barroway, LLP and a member in good standing of the Bar of the State of Pennsylvania, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

Dated: May __/__, 2006

                                                    Respectfully submitted,

                                                    LAW OFFICES OF CURTIS V. TRINKO, LLP

                                                    By: _____
                                                         Curtis V. Trinko (CT-1838)
                                                         16 West 46th Street, 7th Floor
                                                         New York, new York 10036
                                                         Tel: (212) 490-9550
                                                         Fax: (212) 986-0158
                                                         Email: ctrinko@trinko.com

*Granted*

SO ORDERED

LEWIS A. KAPLAN, USDJ
5/10/06