UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SCANNED**

**MEMO ENDORSED**

------------------------------------------------------x
Paula Kritzman, Individually and on behalf : Civil Action No. 06-00233 (LAK) OF N.Y.
of all others similarly situated,       :
                                        :
                                        :
         Plaintiff,                     :
                                        :
     v.                                 :   NOTICE OF MOTION TO ADMIT
                                        :   COUNSEL EDWARD W. CIOLKO
AMERICAN EXPRESS RETIREMENT             :   PRO HAC VICE
PLAN, AMERICAN EXPRESS COMPANY,         :
AMERICAN EXPRESS COMPANY                :
EMPLOYEE BENEFITS ADMINISTRATION :
COMMITTEE, JOHN DOES 1-100              :
                                        :
         Defendants.                    :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/06

To: All Counsel

    PLEASE TAKE NOTICE that upon the annexed affirmations of Curtis V. Trinko and Edward W. Ciolko in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Lewis A. Kaplan at the United State Courthouse of the Southern District of New York, pursuant to Rule 1.3( c ) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, an associate of the law firm of Schiffrin & Barroway, LLP and a member in good standing of the Bar of the State of New Jersey, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

Dated: May __1__, 2006

                                        Respectfully submitted,

                                        LAW OFFICES OF CURTIS V. TRINKO, LLP

                                        By: _____
                                            Curtis V. Trinko (CT-1838)
                                        16 West 46th Street, 7th Floor
                                        New York, new York 10036
                                        Tel: (212) 490-9550
                                        Fax: (212) 986-0158
                                        Email: ctrinko@trinko.com

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ