UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PAULA KRITZMAN,

        Plaintiff,

    -against-                              06 Civ. 0233 (LAK)

AMERICAN EXPRESS RETIREMENT
PLAN, ET AL.

        Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion for leave to file an over-length reply memorandum (docket item 22) is granted.

        SO ORDERED.

Dated: May 18, 2006

                                                  Lewis A. Kaplan
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/06