MEMO ENDORSED

Law Offices
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
Attorneys for Defendants American Express Retirement Plan, American Express Company, American Express Company Employee Benefits Administration Committee

SCANNED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Paula Kritzman, Individually and on behalf
of all others similarly situated,

                Plaintiff,

     v.

AMERICAN EXPRESS RETIREMENT
PLAN, AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS COMPANY EMPLOYEE
BENEFITS ADMINISTRATION COMMITTEE,
JOHN DOES 1-100,

                Defendants.
------------------------------------------------------------x

Civil Action No. 06-CV-0233 (LAK)

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed Affidavit of Michael L. Banks in support of this Motion and the Certificate of Good Standing annexed thereto, we will move this Court at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an Order allowing the admission of Michael L. Banks, a Member of the firm of MORGAN, LEWIS & BOCKIUS LLP and a member in good standing of the Bar in the state of Pennsylvania, as attorney *pro hac vice* to argue or try these proceedings in whole or in part.

ORDERED 6/29/06

LEWIS A. KAPLAN, USDJ

1-NY/2054416.1

Dated: New York, New York
       June 26, 2006

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Tamara Garnes Mata (TM-8051)

101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendants*
*American Express Retirement Plan, American Express Company, American Express Company Employee Benefits Administration Committee*

To:    Curtis V. Trinko, Esq.
       LAW OFFICES OF CURTIS V. TRINKO, LLP
       16 West 46th Street
       7th Floor
       New York, NY 10036
       *Attorneys for Plaintiff*

       Richard S. Schiffrin, Esq.
       Joseph H. Meltzer, Esq.
       Edward W. Ciolko, Esq.
       Joseph A. Weeden, Esq.
       SCHIFFRIN & BARROWAY, LLP
       280 King of Prussia Road
       Radnor, PA 19087
       *Attorneys for Plaintiff*