UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Paula Kritzman,
          plaintiff

v.

American Express Retirement Plan
et al.

------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/06

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

06 Civ. 233 (LAK)(HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: 3/14/06 Motion to dismiss.

All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York
          7/26/06

_____
United States District Judge