UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PAULA KRITZMAN,

                Plaintiff,

-against-                                      06 Civ. 0233 (LAK)

AMERICAN EXPRESS RETIREMENT PLAN, et al.,

                Defendants.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This purported class action challenges the American Express Retirement Plan as age discriminatory and otherwise in violation of ERISA. Defendants have moved to dismiss and I have referred the motion to Magistrate Judge Pitman.

        I am advised that the motion turns on a question that has divided six judges of this district into equal groups and that is pending before the Court of Appeals in *Hirt v. The Equitable Retirement Plan,* No. 06-4757. On consent of the parties, this action is stayed and placed on the suspense docket pending the Court of Appeals' decision in *Hirt.*

        SO ORDERED.

Dated:      June 20, 2007

                                                      Lewis A. Kaplan
                                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07