LAW OFFICES OF
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 309-6000
FAX: (212) 309-6273

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAULA KRITZMAN, | : |
| Plaintiff, | : |
| v. | : 06 CV 0233- LAK-HBP |
| AMERICAN EXPRESS RETIREMENT PLAN, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS COMPANY EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE, JOHN DOES 1-100 | : *ELECTRONICALLY FILED* |
| Defendants. | : |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as counsel in the above-captioned action for and on behalf of American Express Retirement Plan, American Express Company, and American Express Company Employee Benefits Administration Committee ("Defendants"), and requests that service of all papers herein be made upon the undersigned at the address set forth below.

Dated: Washington, D.C.
       August 11, 2008

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By:   s/Theresa J. Chung
       THERESA J. CHUNG (TC 3200)

1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 739-5045
Fax: (212) 739-3001
E-Mail: tchung@morganlewis.com

Christopher A. Parlo (CP 4310)
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
E-Mail: cparlo@morganlewis.com

Michael L. Banks
(*Pro Hac Vice* Admission)
Jeremy P. Blumenfeld
(*Pro Hac Vice* Admission)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
Attorneys for Defendants
E-Mail: mbanks@morganlewis.com
         jblumenfeld@morganlewis.com

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically on August 11, 2008 and accordingly served upon the following:

> Law Offices of Curtis V. Trinko, LLP
> 16 West 46th Street
> Seventh Floor
> New York, NY 10036
>
> Schiffrin & Barroway, LLP
> Joseph H. Meltzer, Esq.
> Edward W. Ciolko, Esq.
> Mark K. Gyandoh, Esq.
> Joseph A. Weeden, Esq.
> 280 King of Prussia Road
> Radnor, Pennsylvania 19087

                                                s/Theresa J. Chung
                                      THERESA J. CHUNG (TC 3200)