Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-11-2008

# Morgan Lewis
COUNSELORS AT LAW

Theresa J. Chung
202.739.5045
tchung@morganlewis.com

August 11, 2008

**VIA FACSIMILE**

Honorable Henry B. Pitman
Chief United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007-1312

Re:  Kritzman v. American Express Retirement Plan, et al.
     Civil Action No. 06-CV-0233

APPLICATION GRANTED

**SO ORDERED**

_/s/ Henry Pitman_
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
8-11-08

Dear Magistrate Judge Pitman:

We represent the Defendants in the above-captioned matter. On July 31, 2008, Your Honor issued an Order (Docket No. 37), directing the parties to confer and to submit a "joint proposal for bringing this matter to a conclusion" by close of business on August 11, 2008. If the parties are unable to agree on a joint proposal, Your Honor directed the parties to submit a letter setting forth the parties' respective proposals. The parties have held a preliminary conference, and would like to request a brief extension of time, until close of business this Friday, August 15, 2008, to submit a letter to Your Honor with the information requested. Counsel for Plaintiff concurs in this request.

Please contact me should you have any questions regarding the foregoing request.

Respectfully submitted,

_/s/ Theresa J. Chung_
Theresa J. Chung

cc:  Curtis V. Trinko, Esq. (via facsimile)
     Joseph H. Meltzer, Esq. (via facsimile)
     Edward Ciolko, Esq. (via facsimile)