LAW OFFICES OF
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 309-6000
FAX: (212) 309-6001

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAULA KRITZMAN, | : |
| Plaintiff, | : |
| v. | : 06 CV 0233- LAK-HBP |
| AMERICAN EXPRESS RETIREMENT PLAN, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS COMPANY EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE, JOHN DOES 1-100 | : *ELECTRONICALLY FILED* |
| Defendants. | : |

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed without prejudice against all defendants, and without costs or attorneys' fees to any party as against the other.

STIPULATED AND AGREED:

| LAW OFFICES OF<br>    CURTIS V. TRINKO, LLP<br>Attorneys for Plaintiff | MORGAN, LEWIS & BOCKIUS LLP<br>Attorneys for Defendants |
|---|---|
| By: _/s/ Curtis V. Trinko_<br>Curtis V. Trinko, Esq.<br>16 West 46th Street, Seventh Floor<br>New York, NY 10036<br>Tel: (212) 490-9550<br>Fax: (212) 986-0158 | By: _/s/ Jeremy P. Blumenfeld_ by C.V.T.<br>Jeremy P. Blumenfeld, Esq.<br>*Admitted Pro Hac Vice*<br>Michael L. Banks, Esq.<br>*Admitted Pro Hac Vice*<br>1701 Market Street |

| | |
|---|---|
| **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**<br>Attorneys for Plaintiff<br>Edward W. Ciolko, Esq.<br>Joseph H. Meltzer, Esq.<br>Mark K. Gyandoh, Esq.<br>Joseph A. Weeden, Esq.<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056 | Philadelphia, PA 19103-2921<br>Tel: (215) 963-5000<br>Fax: (215) 963-5001<br><br>Theresa J. Chung (TC 3200)<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 739-5045<br>Fax: (202) 739-3001<br><br>Christopher A. Parlo (CP 4310)<br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 309-6000<br>Fax: (212) 309-6001 |
| Dated: August 15, 2008 | Dated: August 15, 2008 |