USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

LAW OFFICES OF
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 309-6000
FAX: (212) 309-6001

ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PAULA KRITZMAN,

        Plaintiff,

        v.

AMERICAN EXPRESS RETIREMENT
PLAN, AMERICAN EXPRESS
COMPANY, AMERICAN EXPRESS
COMPANY EMPLOYEE BENEFITS
ADMINISTRATION COMMITTEE,
JOHN DOES 1-100

        Defendants.

06 CV 0233- LAK-HBP

*ELECTRONICALLY FILED*

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed without prejudice against all defendants, and without costs or attorneys' fees to any party as against the other.

**STIPULATED AND AGREED:**

LAW OFFICES OF
    CURTIS V. TRINKO, LLP
Attorneys for Plaintiff

By: _____
Curtis V. Trinko, Esq.
16 West 46th Street, Seventh Floor
New York, NY 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendants

By: _____
Jeremy P. Blumenfeld, Esq.
*Admitted Pro Hac Vice*
Michael L. Banks, Esq.
*Admitted Pro Hac Vice*
1701 Market Street

by C.V.T.

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**
Attorneys for Plaintiff
Edward W. Ciolko, Esq.
Joseph H. Meltzer, Esq.
Mark K. Gyandoh, Esq.
Joseph A. Weeden, Esq.
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001

Theresa J. Chung (TC 3200)
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 739-5045
Fax: (202) 739-3001

Christopher A. Parlo (CP 4310)
101 Park Avenue
New York, NY 10178
Tel:  (212) 309-6000
Fax:  (212) 309-6001

Dated: _August 15, 2008_

Dated: _August 15, 2008_

New York, New York
August 19, 2008

Paul A. Crotty
USDJ — Part I
Paul A. Crotty